UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY McCLENEGHAN,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 12-cv-05600 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)  The Court adopts the R&R and this matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(2)  The Clerk is directed to enter **JUDGMENT** for defendant and the case should be closed.

Dated this 20th day of August, 2013.

             _____
             BENJAMIN H. SETTLE
             United States District Judge